## **STATEMENT OF FACTS**

On Saturday, March 7, 2020, at approximately 9:10 a.m., Officers Amengual and Anderson were on patrol in the 1100 block of 17th Street Northeast in Washington, D.C. when they heard the sound of gunshots nearby. As officers entered the 1000 block of 17th Street Northeast, they observed a heavy set black male, later identified as Ronald Peterson (Defendant Peterson), walking in the alley behind 1642 K Street Northeast. As Defendant Peterson saw the officers, he immediately changed direction and started to run northbound in the alley behind 1011 17th Place Northeast.

Officer Anderson exited the police vehicle and pursued Defendant Peterson on foot. Officer Anderson observed Defendant Peterson hiding behind a parked vehicle in the rear of 1019 17th Place Northeast. Officers gave Defendant Peterson commands and Defendant Peterson walked out of the backyard and into the alley with his hands raised. Defendant Peterson began to run again, screaming and running towards his home. Defendant Peterson was detained in front of 1640 L Street Northeast. Defendant Peterson spontaneously uttered "I found it. I found it in the street" multiple times in the presence of officers. Officers observed an item inconsistent with human anatomy protruding from Defendant Peterson's left lower leg. A firearm was recovered from Defendant Peterson's left pant leg. Defendant Peterson was placed under arrest.

The firearm was determined to be a Lorcin Engineering Co. Inc., model L9mm, 9 millimeter handgun with a serial number of L061826. When it was recovered, it was loaded with one (1) round in the chamber and three (3) rounds in a thirteen (13) round capacity magazine.

Officer Amengual was present for the recovery of the weapon and the arrest of Defendant Tolson.

A criminal history check of Defendant Peterson through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia, Criminal Case No. 2016 CF2 17420 for Felon in Possession of a Firearm. The defendant was sentenced to twenty-four (24) months of incarceration for this conviction. Therefore, the defendant was aware that this crime is punishable by more than one year.

There are no firearms or ammunition manufacturers in the District of Columbia, therefore the firearm and ammunition in this case would have traveled in interstate commerce.

_____
OFFICER ROBERTO AMENGUAL
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF MARCH, 2020.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE