Attachment A



